**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| TWILA HAYNES, | : | No. 444 EAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ASSETS PROTECTION INC. AND | : | |
| RIVERSIDE PRESBYTERIAN APTS., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 12th day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.